UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD POLLARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondents. | No. 2:14-cv-0083 LKK DAD P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis. By order filed March 5, 2014, the court dismissed his petition for writ of habeas corpus and granted him leave to file an amended petition within thirty days. Petitioner has not filed an amended petition, and instead, has filed a letter with the court. The court is unable to decipher petitioner's letter; it does not appear to be relevant to this action. In the interest of justice, however, the court will grant petitioner a final thirty days to file an amended federal habeas petition. As the court previously advised petitioner, in any amended petition petitioner elects to file, he must clarify what criminal conviction he is seeking to challenge as well as the court in which that judgment of conviction was entered. He will also need to explain in any amended petition he files why he believes he is entitled to federal habeas relief. See Rule 2(c), Federal Rules Governing Section 2254 Cases.

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an amended petition for writ of habeas corpus within thirty days of service of this order. Failure to file an amended petition will result in a recommendation for dismissal of this action.

Dated: April 16, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
poll0083.amd(2)