UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD POLLARD,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondents. | No. 2:14-cv-0083 LKK DAD P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner proceeding pro se and in forma pauperis. By order filed March 5, 2014, the court dismissed his petition for writ of habeas corpus and granted him leave to file an amended petition within thirty days. In response to the court's order, petitioner did not file an amended petition, and instead, he filed a letter with the court. The court was unable to decipher petitioner's letter; it did not appear to be relevant to this action. In the interest of justice, however, the court granted petitioner a final thirty days to file an amended federal habeas petition. The court warned plaintiff that his failure to file an amended petition would result in a recommendation for dismissal of this habeas action. Once more, in response to the court's most recent order, petitioner has not filed an amended petition, but instead has filed with the court a copy of this court's order together with a copy of an inmate appeal that does not appear to be relevant to this habeas action. Under these circumstances and in light of petitioner's failure to abide by the court's orders, the court will recommend dismissal of this action.

1

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2  prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).
3  These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5  after being served with these findings and recommendations, petitioner may file written
6  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
8  specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
9  F.2d 1153 (9th Cir. 1991).

Dated:  May 28, 2014

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
poll0083.156